| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | Gladys R. Carlton |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Western District of Louisiana (State) |
| Case Number: | 15-11110 |

# Form 4100N
# Notice of Final Cure Payment  10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** US BANK TRUST NA C/O BSI FINANCIAL

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 4 6 2 6

**Property Address:** 403 PRINCETON RD
PRINCETON, LA 71067

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:** **Amount**

| | | |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) $ | 12,577.05 |
| b. Prepetition arrearage paid by the trustee: | (b) $ | 12,577.05 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | -0- |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | -0- |
| e. Allowed postpetition arrearage: | (e) $ | 3,503.30 |
| f. Postpetition arrearage paid by the trustee: | + (f) $ | 3,503.30 |
| g. **Total.** Add lines b, d, and f. | (g) $ | 16,080.35 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment $ 1,130.64

The next postpetition payment is due on 08 / 01 / 2020
MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| Part 4: | A Response Is Required By Bankruptcy Rule 3002.1(g) |

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

x /s/ Todd S. Johns                                    Date  07/07/2020
  Signature

Trustee       Todd S. Johns

Address       P.O. BOX 1770
              SHREVEPORT, LA  71166
                                                              1

Contact phone (318) 673-8244                    Email

Debtor 1 **Gladys R. Carlton** Case number (if known) **15-11110**

# History Of Payments

### Part 2 - 3

| Claim ID | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---:|
| 11 | Select Portfolio Servicing | Mortgage Payments (Current) | 10/05/2015 | 0132478 | Amounts Disbursed To Cred | 1,001.00 |
| 11 | Select Portfolio Servicing | Mortgage Payments (Current) | 11/04/2015 | 0134258 | Amounts Disbursed To Cred | 1,001.00 |
| 11 | Select Portfolio Servicing | Mortgage Payments (Current) | 12/02/2015 | 0135867 | Amounts Disbursed To Cred | 1,131.41 |
| 11 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Current) | 01/06/2016 | 0137470 | Amounts Disbursed To Cred | 1,392.23 |
| 11 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Current) | 02/04/2016 | 0139112 | Amounts Disbursed To Cred | 1,131.41 |
| 11 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Current) | 03/03/2016 | 0140716 | Amounts Disbursed To Cred | 1,131.41 |
| 11 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Current) | 04/07/2016 | 0142296 | Amounts Disbursed To Cred | 1,131.41 |
| 11 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Current) | 05/05/2016 | 0143827 | Amounts Disbursed To Cred | 1,131.41 |
| 11 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Current) | 06/02/2016 | 0145718 | Amounts Disbursed To Cred | 1,131.41 |
| 11 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Current) | 07/07/2016 | 0147236 | Amounts Disbursed To Cred | 1,131.41 |
| 11 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Current) | 08/04/2016 | 0148731 | Amounts Disbursed To Cred | 1,131.41 |
| 11 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Current) | 09/08/2016 | 0150316 | Amounts Disbursed To Cred | 1,131.41 |
| 11 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Current) | 10/05/2016 | 2000988 | Amounts Disbursed To Cred | 1,122.49 |
| 11 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Current) | 11/03/2016 | 2002478 | Amounts Disbursed To Cred | 1,122.49 |
| 11 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Current) | 12/05/2016 | 2003890 | Amounts Disbursed To Cred | 1,122.49 |
| 11 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Current) | 01/05/2017 | 2005337 | Amounts Disbursed To Cred | 1,122.49 |
| 11 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Current) | 02/06/2017 | 2006781 | Amounts Disbursed To Cred | 1,122.49 |
| 11 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Current) | 03/06/2017 | 2008245 | Amounts Disbursed To Cred | 1,122.49 |
| 11 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Current) | 04/06/2017 | 2009747 | Amounts Disbursed To Cred | 1,122.49 |
| 11 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Current) | 05/04/2017 | 2011162 | Amounts Disbursed To Cred | 1,042.86 |
| 11 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Current) | 06/04/2017 | 2012764 | Amounts Disbursed To Cred | 1,202.12 |
| 11 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Current) | 07/06/2017 | 2014287 | Amounts Disbursed To Cred | 1,160.96 |
| 11 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Current) | 08/03/2017 | 2015867 | Amounts Disbursed To Cred | 1,160.96 |
| 11 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Current) | 09/07/2017 | 2017715 | Amounts Disbursed To Cred | 1,160.96 |
| 11 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Current) | 10/05/2017 | 2019201 | Amounts Disbursed To Cred | 1,160.96 |
| 11 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Current) | 11/06/2017 | 2020673 | Amounts Disbursed To Cred | 1,160.96 |
| 11 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Current) | 12/07/2017 | 2022101 | Amounts Disbursed To Cred | 1,160.96 |
| 11 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Current) | 01/08/2018 | 2023970 | Amounts Disbursed To Cred | 1,160.96 |
| 11 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Current) | 02/05/2018 | 2025372 | Amounts Disbursed To Cred | 1,160.96 |
| 11 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Current) | 03/05/2018 | 2026750 | Amounts Disbursed To Cred | 1,160.96 |
| 11 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Current) | 04/05/2018 | 2028240 | Amounts Disbursed To Cred | 1,160.96 |
| 11 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Current) | 05/07/2018 | 2029575 | Amounts Disbursed To Cred | 1,035.12 |
| 11 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Current) | 06/07/2018 | 2030910 | Amounts Disbursed To Cred | 1,286.80 |
| 11 | US BANK TRUST NA C/O BSI | Mortgage Payments (Current) | 07/09/2018 | 2031863 | Amounts Disbursed To Cred | 1,160.96 |
| 11 | US BANK TRUST NA C/O BSI | Mortgage Payments (Current) | 08/06/2018 | 2033187 | Amounts Disbursed To Cred | 1,160.96 |
| 11 | US BANK TRUST NA C/O BSI | Mortgage Payments (Current) | 09/06/2018 | 2034495 | Amounts Disbursed To Cred | 1,160.96 |
| 11 | US BANK TRUST NA C/O BSI | Mortgage Payments (Current) | 10/04/2018 | 2035766 | Amounts Disbursed To Cred | 1,160.96 |
| 11 | US BANK TRUST NA C/O BSI | Mortgage Payments (Current) | 11/05/2018 | 2036959 | Amounts Disbursed To Cred | 1,160.96 |
| 11 | US BANK TRUST NA C/O BSI | Mortgage Payments (Current) | 12/06/2018 | 2038256 | Amounts Disbursed To Cred | 1,160.96 |
| 11 | US BANK TRUST NA C/O BSI | Mortgage Payments (Current) | 01/07/2019 | 2039518 | Amounts Disbursed To Cred | 1,160.96 |
| 11 | US BANK TRUST NA C/O BSI | Mortgage Payments (Current) | 02/07/2019 | 2043325 | Amounts Disbursed To Cred | 1,160.96 |
| 11 | US BANK TRUST NA C/O BSI | Mortgage Payments (Current) | 03/07/2019 | 2044581 | Amounts Disbursed To Cred | 1,160.96 |
| 11 | US BANK TRUST NA C/O BSI | Mortgage Payments (Current) | 04/04/2019 | 2045748 | Amounts Disbursed To Cred | 1,160.96 |
| 11 | US BANK TRUST NA C/O BSI | Mortgage Payments (Current) | 05/06/2019 | 2046999 | Amounts Disbursed To Cred | 1,160.96 |
| 11 | US BANK TRUST NA C/O BSI | Mortgage Payments (Current) | 06/06/2019 | 2048149 | Amounts Disbursed To Cred | 1,160.96 |
| 11 | US BANK TRUST NA C/O BSI | Mortgage Payments (Current) | 07/08/2019 | 2049820 | Amounts Disbursed To Cred | 1,130.64 |
| 11 | US BANK TRUST NA C/O BSI | Mortgage Payments (Current) | 08/06/2019 | 2050534 | Amounts Disbursed To Cred | 1,130.64 |
| 11 | US BANK TRUST NA C/O BSI | Mortgage Payments (Current) | 09/09/2019 | 2052238 | Amounts Disbursed To Cred | 1,130.64 |
| 11 | US BANK TRUST NA C/O BSI | Mortgage Payments (Current) | 10/07/2019 | 2053466 | Amounts Disbursed To Cred | 1,075.95 |
| 11 | US BANK TRUST NA C/O BSI | Mortgage Payments (Current) | 11/07/2019 | 2054695 | Amounts Disbursed To Cred | 1,185.33 |
| 11 | US BANK TRUST NA C/O BSI | Mortgage Payments (Current) | 12/05/2019 | 2055776 | Amounts Disbursed To Cred | 1,130.64 |
| 11 | US BANK TRUST NA C/O BSI | Mortgage Payments (Current) | 01/07/2020 | 2056897 | Amounts Disbursed To Cred | 1,130.64 |
| 11 | US BANK TRUST NA C/O BSI | Mortgage Payments (Current) | 02/06/2020 | 2058026 | Amounts Disbursed To Cred | 1,130.64 |
| 11 | US BANK TRUST NA C/O BSI | Mortgage Payments (Current) | 03/05/2020 | 2059168 | Amounts Disbursed To Cred | 1,130.64 |
| 11 | US BANK TRUST NA C/O BSI | Mortgage Payments (Current) | 04/06/2020 | 2061640 | Amounts Disbursed To Cred | 1,130.64 |
| 11 | US BANK TRUST NA C/O BSI | Mortgage Payments (Current) | 05/07/2020 | 2063182 | Amounts Disbursed To Cred | 1,130.64 |
| 11 | US BANK TRUST NA C/O BSI | Mortgage Payments (Current) | 06/04/2020 | 2064302 | Amounts Disbursed To Cred | 1,130.64 |
| 11 | US BANK TRUST NA C/O BSI | Mortgage Payments (Current) | 07/07/2020 | 2065455 | Amounts Disbursed To Cred | 1,091.40 |

**Total for Part 2 - 3:** **66,201.45**

### Part 2 - b

| Claim ID | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---:|
| 20 | SELECT PORTFOLIO SERVIC | Mortgage Payment (Pre-Petiti | 01/06/2016 | 0137470 | Amounts Disbursed To Cred | 195.67 |

# History Of Payments

## Part 2 - b

| Claim ID | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 20 | SELECT PORTFOLIO SERVIC | Mortgage Payment (Pre-Petiti | 02/04/2016 | 0139112 | Amounts Disbursed To Cred | 191.12 |
| 20 | SELECT PORTFOLIO SERVIC | Mortgage Payment (Pre-Petiti | 03/03/2016 | 0140716 | Amounts Disbursed To Cred | 191.12 |
| 20 | SELECT PORTFOLIO SERVIC | Mortgage Payment (Pre-Petiti | 04/07/2016 | 0142296 | Amounts Disbursed To Cred | 460.12 |
| 20 | SELECT PORTFOLIO SERVIC | Mortgage Payment (Pre-Petiti | 05/05/2016 | 0143827 | Amounts Disbursed To Cred | 191.12 |
| 20 | SELECT PORTFOLIO SERVIC | Mortgage Payment (Pre-Petiti | 06/02/2016 | 0145718 | Amounts Disbursed To Cred | 185.36 |
| 20 | SELECT PORTFOLIO SERVIC | Mortgage Payment (Pre-Petiti | 07/07/2016 | 0147236 | Amounts Disbursed To Cred | 452.93 |
| 20 | SELECT PORTFOLIO SERVIC | Mortgage Payment (Pre-Petiti | 08/04/2016 | 0148731 | Amounts Disbursed To Cred | 185.36 |
| 20 | SELECT PORTFOLIO SERVIC | Mortgage Payment (Pre-Petiti | 09/08/2016 | 0150316 | Amounts Disbursed To Cred | 452.93 |
| 20 | SELECT PORTFOLIO SERVIC | Mortgage Payment (Pre-Petiti | 10/05/2016 | 2000988 | Amounts Disbursed To Cred | 192.34 |
| 20 | SELECT PORTFOLIO SERVIC | Mortgage Payment (Pre-Petiti | 11/03/2016 | 2002478 | Amounts Disbursed To Cred | 198.09 |
| 20 | SELECT PORTFOLIO SERVIC | Mortgage Payment (Pre-Petiti | 12/05/2016 | 2003890 | Amounts Disbursed To Cred | 198.09 |
| 20 | SELECT PORTFOLIO SERVIC | Mortgage Payment (Pre-Petiti | 01/05/2017 | 2005337 | Amounts Disbursed To Cred | 467.10 |
| 20 | SELECT PORTFOLIO SERVIC | Mortgage Payment (Pre-Petiti | 02/06/2017 | 2006781 | Amounts Disbursed To Cred | 198.09 |
| 20 | SELECT PORTFOLIO SERVIC | Mortgage Payment (Pre-Petiti | 03/06/2017 | 2008245 | Amounts Disbursed To Cred | 198.09 |
| 20 | SELECT PORTFOLIO SERVIC | Mortgage Payment (Pre-Petiti | 04/06/2017 | 2009747 | Amounts Disbursed To Cred | 478.61 |
| 20 | SELECT PORTFOLIO SERVIC | Mortgage Payment (Pre-Petiti | 06/04/2017 | 2012764 | Amounts Disbursed To Cred | 419.21 |
| 20 | SELECT PORTFOLIO SERVIC | Mortgage Payment (Pre-Petiti | 07/06/2017 | 2014287 | Amounts Disbursed To Cred | 451.40 |
| 20 | SELECT PORTFOLIO SERVIC | Mortgage Payment (Pre-Petiti | 08/03/2017 | 2015867 | Amounts Disbursed To Cred | 179.52 |
| 20 | SELECT PORTFOLIO SERVIC | Mortgage Payment (Pre-Petiti | 09/07/2017 | 2017715 | Amounts Disbursed To Cred | 451.40 |
| 20 | SELECT PORTFOLIO SERVIC | Mortgage Payment (Pre-Petiti | 10/05/2017 | 2019201 | Amounts Disbursed To Cred | 179.52 |
| 20 | SELECT PORTFOLIO SERVIC | Mortgage Payment (Pre-Petiti | 11/06/2017 | 2020673 | Amounts Disbursed To Cred | 171.44 |
| 20 | SELECT PORTFOLIO SERVIC | Mortgage Payment (Pre-Petiti | 12/07/2017 | 2022101 | Amounts Disbursed To Cred | 441.31 |
| 20 | SELECT PORTFOLIO SERVIC | Mortgage Payment (Pre-Petiti | 01/08/2018 | 2023970 | Amounts Disbursed To Cred | 171.44 |
| 20 | SELECT PORTFOLIO SERVIC | Mortgage Payment (Pre-Petiti | 02/05/2018 | 2025372 | Amounts Disbursed To Cred | 171.44 |
| 20 | SELECT PORTFOLIO SERVIC | Mortgage Payment (Pre-Petiti | 03/05/2018 | 2026750 | Amounts Disbursed To Cred | 171.44 |
| 20 | SELECT PORTFOLIO SERVIC | Mortgage Payment (Pre-Petiti | 04/05/2018 | 2028240 | Amounts Disbursed To Cred | 441.31 |
| 20 | SELECT PORTFOLIO SERVIC | Mortgage Payment (Pre-Petiti | 06/07/2018 | 2030910 | Amounts Disbursed To Cred | 612.76 |
| 20 | US BANK TRUST NA C/O BSI | Mortgage Payment (Pre-Petiti | 07/09/2018 | 2031863 | Amounts Disbursed To Cred | 171.45 |
| 20 | US BANK TRUST NA C/O BSI | Mortgage Payment (Pre-Petiti | 08/06/2018 | 2033187 | Amounts Disbursed To Cred | 171.44 |
| 20 | US BANK TRUST NA C/O BSI | Mortgage Payment (Pre-Petiti | 09/06/2018 | 2034495 | Amounts Disbursed To Cred | 441.31 |
| 20 | US BANK TRUST NA C/O BSI | Mortgage Payment (Pre-Petiti | 10/04/2018 | 2035766 | Amounts Disbursed To Cred | 171.45 |
| 20 | US BANK TRUST NA C/O BSI | Mortgage Payment (Pre-Petiti | 11/05/2018 | 2036959 | Amounts Disbursed To Cred | 168.00 |
| 20 | US BANK TRUST NA C/O BSI | Mortgage Payment (Pre-Petiti | 12/06/2018 | 2038256 | Amounts Disbursed To Cred | 437.01 |
| 20 | US BANK TRUST NA C/O BSI | Mortgage Payment (Pre-Petiti | 01/07/2019 | 2039518 | Amounts Disbursed To Cred | 168.00 |
| 20 | US BANK TRUST NA C/O BSI | Mortgage Payment (Pre-Petiti | 02/07/2019 | 2043325 | Amounts Disbursed To Cred | 437.01 |
| 20 | US BANK TRUST NA C/O BSI | Mortgage Payment (Pre-Petiti | 03/07/2019 | 2044581 | Amounts Disbursed To Cred | 168.00 |
| 20 | US BANK TRUST NA C/O BSI | Mortgage Payment (Pre-Petiti | 04/04/2019 | 2045748 | Amounts Disbursed To Cred | 168.01 |
| 20 | US BANK TRUST NA C/O BSI | Mortgage Payment (Pre-Petiti | 05/06/2019 | 2046999 | Amounts Disbursed To Cred | 168.00 |
| 20 | US BANK TRUST NA C/O BSI | Mortgage Payment (Pre-Petiti | 06/06/2019 | 2048149 | Amounts Disbursed To Cred | 437.02 |
| 20 | US BANK TRUST NA C/O BSI | Mortgage Payment (Pre-Petiti | 07/08/2019 | 2049820 | Amounts Disbursed To Cred | 191.72 |
| 20 | US BANK TRUST NA C/O BSI | Mortgage Payment (Pre-Petiti | 08/06/2019 | 2050534 | Amounts Disbursed To Cred | 460.73 |
| 20 | US BANK TRUST NA C/O BSI | Mortgage Payment (Pre-Petiti | 09/09/2019 | 2052238 | Amounts Disbursed To Cred | 460.73 |
| 20 | US BANK TRUST NA C/O BSI | Mortgage Payment (Pre-Petiti | 11/07/2019 | 2054695 | Amounts Disbursed To Cred | 58.84 |
| | | | | | **Total for Part 2 - b:** | **12,577.05** |

## Part 2 - f

| Claim ID | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 19 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Admin D | 01/06/2016 | 0137470 | Amounts Disbursed To Cred | 54.50 |
| 19 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Admin D | 02/04/2016 | 0139112 | Amounts Disbursed To Cred | 53.23 |
| 19 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Admin D | 03/03/2016 | 0140716 | Amounts Disbursed To Cred | 53.23 |
| 19 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Admin D | 04/07/2016 | 0142296 | Amounts Disbursed To Cred | 128.17 |
| 19 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Admin D | 05/05/2016 | 0143827 | Amounts Disbursed To Cred | 53.23 |
| 19 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Admin D | 06/02/2016 | 0145718 | Amounts Disbursed To Cred | 51.63 |
| 19 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Admin D | 07/07/2016 | 0147236 | Amounts Disbursed To Cred | 126.16 |
| 19 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Admin D | 08/04/2016 | 0148731 | Amounts Disbursed To Cred | 51.63 |
| 19 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Admin D | 09/08/2016 | 0150316 | Amounts Disbursed To Cred | 126.16 |
| 19 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Admin D | 10/05/2016 | 2000988 | Amounts Disbursed To Cred | 53.57 |
| 19 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Admin D | 11/03/2016 | 2002478 | Amounts Disbursed To Cred | 55.18 |
| 19 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Admin D | 12/05/2016 | 2003890 | Amounts Disbursed To Cred | 55.18 |
| 19 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Admin D | 01/05/2017 | 2005337 | Amounts Disbursed To Cred | 130.11 |
| 19 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Admin D | 02/06/2017 | 2006781 | Amounts Disbursed To Cred | 55.18 |
| 19 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Admin D | 03/06/2017 | 2008245 | Amounts Disbursed To Cred | 55.18 |
| 19 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Admin D | 04/06/2017 | 2009747 | Amounts Disbursed To Cred | 133.32 |

| Debtor 1 | Gladys R. Carlton | Case number (if known) | 15-11110 |
|---|---|---|---|

## History Of Payments

**Part 2 - f**

| Claim ID | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 19 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Admin D | 06/04/2017 | 2012764 | Amounts Disbursed To Cred | 116.77 |
| 19 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Admin D | 07/06/2017 | 2014287 | Amounts Disbursed To Cred | 125.74 |
| 19 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Admin D | 08/03/2017 | 2015867 | Amounts Disbursed To Cred | 50.00 |
| 19 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Admin D | 09/07/2017 | 2017715 | Amounts Disbursed To Cred | 125.74 |
| 19 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Admin D | 10/05/2017 | 2019201 | Amounts Disbursed To Cred | 50.00 |
| 19 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Admin D | 11/06/2017 | 2020673 | Amounts Disbursed To Cred | 47.76 |
| 19 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Admin D | 12/07/2017 | 2022101 | Amounts Disbursed To Cred | 122.93 |
| 19 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Admin D | 01/08/2018 | 2023970 | Amounts Disbursed To Cred | 47.76 |
| 19 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Admin D | 02/05/2018 | 2025372 | Amounts Disbursed To Cred | 47.76 |
| 19 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Admin D | 03/05/2018 | 2026750 | Amounts Disbursed To Cred | 47.76 |
| 19 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Admin D | 04/05/2018 | 2028240 | Amounts Disbursed To Cred | 122.93 |
| 19 | SELECT PORTFOLIO SERVIC | Mortgage Payments (Admin D | 06/07/2018 | 2030910 | Amounts Disbursed To Cred | 170.68 |
| 19 | US BANK TRUST NA C/O BSI | Mortgage Payments (Admin D | 07/09/2018 | 2031863 | Amounts Disbursed To Cred | 47.75 |
| 19 | US BANK TRUST NA C/O BSI | Mortgage Payments (Admin D | 08/06/2018 | 2033187 | Amounts Disbursed To Cred | 47.76 |
| 19 | US BANK TRUST NA C/O BSI | Mortgage Payments (Admin D | 09/06/2018 | 2034495 | Amounts Disbursed To Cred | 122.93 |
| 19 | US BANK TRUST NA C/O BSI | Mortgage Payments (Admin D | 10/04/2018 | 2035766 | Amounts Disbursed To Cred | 47.75 |
| 19 | US BANK TRUST NA C/O BSI | Mortgage Payments (Admin D | 11/05/2018 | 2036959 | Amounts Disbursed To Cred | 46.80 |
| 19 | US BANK TRUST NA C/O BSI | Mortgage Payments (Admin D | 12/06/2018 | 2038256 | Amounts Disbursed To Cred | 121.73 |
| 19 | US BANK TRUST NA C/O BSI | Mortgage Payments (Admin D | 01/07/2019 | 2039518 | Amounts Disbursed To Cred | 46.80 |
| 19 | US BANK TRUST NA C/O BSI | Mortgage Payments (Admin D | 02/07/2019 | 2043325 | Amounts Disbursed To Cred | 121.73 |
| 19 | US BANK TRUST NA C/O BSI | Mortgage Payments (Admin D | 03/07/2019 | 2044581 | Amounts Disbursed To Cred | 46.80 |
| 19 | US BANK TRUST NA C/O BSI | Mortgage Payments (Admin D | 04/04/2019 | 2045748 | Amounts Disbursed To Cred | 46.79 |
| 19 | US BANK TRUST NA C/O BSI | Mortgage Payments (Admin D | 05/06/2019 | 2046999 | Amounts Disbursed To Cred | 46.80 |
| 19 | US BANK TRUST NA C/O BSI | Mortgage Payments (Admin D | 06/06/2019 | 2048149 | Amounts Disbursed To Cred | 121.72 |
| 19 | US BANK TRUST NA C/O BSI | Mortgage Payments (Admin D | 07/08/2019 | 2049820 | Amounts Disbursed To Cred | 53.40 |
| 19 | US BANK TRUST NA C/O BSI | Mortgage Payments (Admin D | 08/06/2019 | 2050534 | Amounts Disbursed To Cred | 128.33 |
| 19 | US BANK TRUST NA C/O BSI | Mortgage Payments (Admin D | 09/09/2019 | 2052238 | Amounts Disbursed To Cred | 128.33 |
| 19 | US BANK TRUST NA C/O BSI | Mortgage Payments (Admin D | 11/07/2019 | 2054695 | Amounts Disbursed To Cred | 16.39 |
| | | | | | **Total for Part 2 - f:** | **3,503.30** |

| Debtor 1 | **Gladys R. Carlton** | Case number *(if known)* | **15-11110** |
|---|---|---|---|
| | Name | | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **July 07, 2020** a true and correct copy of the foregoing Notice of Final Cure Payment has been served on the parties listed below by ordinary U.S. Mail or served electionically through the Court's ECF System at the e-mail address registered with the court.

ROBERT W. COOK - Electronic Notice

U.S. Trustee - Electronic Notice

GLADYS R. CARLTON
403 PRINCETON RD.
PRINCETON, LA  71067

SELECT PORTFOLIO SERVICING
PO BOX 65250
SALT LAKE CITY, UT  84165

SELECT PORTFOLIO SERVICING
PO BOX 65450
SALT LAKE CITY, UT  84165-0450

US BANK TRUST N.A. C/O BSI FINANCIAL SERVICES
1425 GREENWAY DR.  STE 400
IRVING, TX  75038

US BANK TRUST NA C/O BSI FINANCIAL SERVICES
PO BOX 517
TITUSVILLE, PA  16354-0517

*/s/ Todd S. Johns*